1   R. Scott Andrews, SBN 219936
    KIMBALL, TIREY & ST. JOHN, LLP
2   2040 Main Street, Suite 500
    Irvine, CA 92614
3   (949) 476-5585
    (949) 476-5580 (fax)
4

5
    Attorneys for Plaintiff:
6

7
                    UNITED STATES DISTRICT COURT
8
          CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION
9

10
                                    )   Case No.: SACV 19-01778 JVS (DFMx)
11  GATEWAY APARTMENTS II, LLC      )
                                    )
12              Plaintiff,          )
                                    )   **ORDER GRANTING EXPARTE**
13                                  )   **APPLICATION FOR AN ORDER**
                                    )   **SHORTENING TIME ON PLAINTIFF'S**
14          Vs.                     )   **MOTION TO REMAND**
                                    )
15                                  )
                                    )
16  SHAHEED JONES; and DOES 1 to 10,)
    Inclusive                       )
17              Defendant(s)        )
                                    )
18                                  )
                                    )
19

20

21

22

23

24

25

26

27

28

The ex-parte application of Plaintiff, GATEWAY APARTMENTS II, LLC for an order to shorten time on Plaintiff's motion to remand the above-entitled action to the Orange County Superior Court, North Justice Center, was considered and it is hereby ordered:

IT IS ORDERED that the ex-parte application be, and it hereby is, granted and Plaintiff's motion to remand the matter to state court is shortened and now will be heard October 7, 2019 at 1:30 p.m. in Courtroom 10C.

DATED: September 24, 2019

By: _____

James V Selna, US District Court Judge